# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>CREDITORS BUREAU USA,<br><br>Defendants. | Case No.  1:24-cv-01213-JLT-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 21) |

On January 26, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 21).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   __**January 27, 2026**__          ____/s/ *Sheila K. Oberto*____
                                             UNITED STATES MAGISTRATE JUDGE